IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02372-WYD-PAC

JUDY A. EATINGER,

    Plaintiff,

v.

R. JAMES NICHOLSON, SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion to Admit Counsel Pro Hac Vice filed by Plaintiff's counsel on November 23, 2005 is **DENIED**.  Such a motion is not the proper procedure for admission to the bar of this Court.  Instead, pursuant to D.C.COLO.LCivR 83.3A, counsel must file an application for admission to the bar of this Court.

Dated:  December 2, 2005

                                          s/ Sharon R. Shahidi
                                          Law Clerk to
                                          Wiley Y. Daniel
                                          U.S. District Court