IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02372-WYD-PAC

JUDY A. EATINGER,

    Plaintiff(s),

v.

R. JAMES NICHOLSON, SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to have the United States Marshall Serve the Defendant dated November 23, 2005 (doc. 2) is Denied.

    IT IS FURTHER **ORDERED** that, pursuant to Fed. R. Civ. P. 4(m), Plaintiff will serve Defendant within 120 days of the filing of her complaint.

Dated:  February 21, 2006