# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  05-cv-02372-MJW-PAC              FTR

**Date:**  December 14, 2006                          Shelley Moore, Deputy Clerk

JUDY A. EATINGER,                                     Arthur G. Vega

        Plaintiff(s),

v.

R. JAMES NICHOLSON,                                   William G. Pharo

        Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session 8:38 a.m.**

Court calls case. No counsel appear, as the case is set later today at 10:00 a.m. The court is in receipt of the parties' Joint Stipulated Motion to Dismiss.

**ORDERED:**    The Joint Stipulation [Motion] of Dismissal [28] is GRANTED. The case is dismissed with prejudice.

**ORDERED:**    All future matters, including today's Final Pretrial Conference, are VACATED.

**Court in Recess 8:40 a.m.**
Total In-Court Time 0:02, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.