IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02372-MJW-PAC

JUDY A. EATINGER,

    Plaintiff,

v.

R. JAMES NICHOLSON, Secretary of the Department of Veterans Affairs,

    Defendant.

OF

---

ORDER GRANTING STIPULATION OF DISMISSAL
( Document no. 28 )

---

Upon consideration of Parties' Stipulation of Dismissal filed on December 13, 2006, it is hereby ORDERED that:

The above styled and numbered cause be and is hereby dismissed with prejudice.

Dated this 14Th day of December, 2006.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

4